IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:06-mj-0194 SMS |
| | ) | |
| Plaintiff, | ) | ORDER ON GOVERNMENT'S |
| | ) | MOTION TO DISMISS |
| | ) | (Fed. R. Crim. P. 48 (a)) |
| v. | ) | |
| | ) | |
| SAUL A. GONZALES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

O R D E R

IT IS HEREBY ORDERED that the charges against Saul A. Gonzales found within the complaint in this case, be dismissed without prejudice and that any outstanding warrant be recalled.

Dated: August  17 , 2006          /s/ OLIVER W. WANGER
                                  Honorable Oliver W. Wanger
                                  U.S. District Judge

1